People v Vargas (2025 NY Slip Op 03745)

People v Vargas

2025 NY Slip Op 03745

Decided on June 18, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 18, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
WILLIAM G. FORD
HELEN VOUTSINAS
LAURENCE L. LOVE, JJ.

2023-03389
 (Ind. No. 73228/22)

[*1]The People of the State of New York, respondent,
v
Oscar Vargas, appellant.

Patricia Pazner, New York, NY (Angad Singh of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Nancy Fitzpatrick Talcott of counsel; Damian Jhagroo on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Toni M. Cimino, J.), rendered March 6, 2023, convicting him of criminal possession of stolen property in the fifth degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that four orders of protection should be vacated because the Supreme Court failed to state on the record the reasons for issuing them is unpreserved for appellate review, since he did not raise the issue at the sentencing proceeding or move to vacate the orders of protection on this ground (see CPL § 470.05[2]; People v Nieves, 2 NY3d 310, 316-317). Under these circumstances, including that the orders of protection were an express component of the plea bargain, we decline to review this issue in the exercise of our interest of justice jurisdiction (see CPL 470.15[6][a]; People v O'Sullivan, 198 AD3d 986, 987).
BRATHWAITE NELSON, J.P., FORD, VOUTSINAS and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court